IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
**William Edward McVicar, Jr.**  
**Michelle Anne McVicar**  
DEBTOR(S)  
_____/

CASE NO.: 8:18-bk-09803-RCT  
CHAPTER 13

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

Debtors, by and through the undersigned attorney, file this Motion for Referral to Mortgage Modification Mediation, and state the following:

1. On November 14, 2018, this case was instituted by the filing of a Chapter 13 petition under Chapter 13 of the Bankruptcy Code.

2. Debtors filed this Chapter 13 case in an attempt to retain their real property located in Hillsborough County, Florida, commonly known as 18140 Heron Walk Drive, Tampa, FL 33647.

3. Debtors seek to modify the terms of the mortgage encumbering the Property in favor of **Wells Fargo** with **Acct. # ending in 6092.** Debtors' income will allow them to contribute as much as thirty-one percent (31%) of their current gross income to payment of their modified mortgage debt.

4. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

**WHEREFORE**, Debtors respectfully request that this Court enter an order granting this Motion, referring this case to mediation, and granting such other and further relief as is just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been furnished electronically or via U. S. Mail to **Kelly Remick,** Post Office Box 6099, Sun City, FL 33571; **Assistant U.S. Trustee,** 501 E. Polk Street #1200, Tampa, FL 33602; **William and Michelle McVicar,** 18140 Heron Walk Drive, Tampa, FL 33647 **and Albertelli Law, Attorney for Secured Creditor,** P. O. Box 23028, Tampa, FL 33623 this 13th day of December, 2018.

/s/ Alan Borden Esq.  
Alan Borden, Esq.  
Debt Relief Legal Group, LLC  
901 W. Hillsborough Ave.  
Tampa, FL 33703  
Ph. 813-231-2088  
Fx: 813-354-2627  
aborden@1800debtrelief.com