IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

WILLIAM EDWARD MCVICAR, JR.          CASE NO. 8:18-bk-09803-RCT
*and* MICHELLE ANNE MCVICAR          CHAPTER 13

      DEBTOR.
_____/

### MOTION TO RECONSIDER MORTGAGE MODIFICATION ORDER [DE #19]

    COMES NOW, **WELLS FARGO BANK, N.A.** ("Creditor"), and submits this *Motion to Reconsider Mortgage Modification Order* [DE #19]; and in support, respectfully asserts the following:

1. On November 14, 2018, the Debtor filed for Chapter 13 relief under the Bankruptcy Code.

2. Creditor holds a security interest in real property located at 18140 Heron Walk Drive Tampa, Florida 33647 (the "Subject Property").

3. The Debtor's Chapter 13 Plan [DE #3] proposes Mortgage Modification Mediation ("MMM") with the Creditor in relation to Creditor's claim on the Subject Property. The Debtor filed the corresponding MMM Motion [DE #17] on December 13, 2018.

4. Creditor respectfully objects to participation in MMM for the reasons stated in this Response.

5. The underlying loan is currently due for the October 7, 2013 and all subsequent payments – a total of **sixty-three (63)** months past due, 136 bi-weekly payments.

6. The Debtors were reviewed (and denied) for a loan modification during the previous bankruptcy, **[8:17-bk-08498-RCT]**. The Mediator's Final Report of No Agreement entered on August 6, 2018. The bankruptcy was voluntarily dismissed on August 13, 2018.

7. The August Denial was based upon Negative Net Present Value (NPV), and ability to pay. The Debtor's income is now apparently less than the income used to make a decision in the previous denial, ($7,045.00) according to Debtor's Schedule I.

ALAW FILE NO. 18-030320

8. The Debtors were also reviewed and denied in 2014. They were removed from loss mitigation for failure to provide complete information.

9. Based on the foregoing; Creditor objects to participation in MMM, and respectfully requests this court reconsider the MMM Order.

10. Creditor requests this matter be scheduled for hearing.

WHEREFORE, **WELLS FARGO BANK, N.A.** respectfully requests the Court deny the MMM Motion and for such other and further relief as the Court deems appropriate.

/s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertellilaw.com

ALAW FILE NO. 18-030320

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 20th Day of December, 2018, I served a copy of the foregoing upon:

**SERVICE LIST**

William Edward McVicar, Jr.
18140 Heron Walk Drive
Tampa, FL 33647

Michelle Anne McVicar
18140 Heron Walk Drive
Tampa, FL 33647

Alan D. Borden
Debt Relief Legal Group, LLC
901 W. Hillsborough Avenue
Tampa, FL 33603

Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571

United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

/s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertellilaw.com

ALAW FILE NO. 18-030320