ORDERED.

Dated:  January 29, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

IN RE:

| | |
|---|---|
| WILLIAM EDWARD MCVICAR, JR. | CASE NO. 8:18-bk-09803-RCT |
| *and* MICHELLE ANNE MCVICAR | CHAPTER 13 |

            DEBTOR(S).
_____/

### ORDER DENYING MOTION TO RECONSIDER MORTGAGE MODIFICATION ORDER [DE #22]

**THIS CASE** came before the Court at a hearing on *January 23, 2019 at 9:30 a.m.* upon the Motion to Reconsider Mortgage Modification Order filed by Wells Fargo Bank, N.A. ("Creditor") on December 20, 2018 [DE#22].  The Court being otherwise more fully advised in the premises, it is:

**ORDERED:**

1. Creditor's Motion to Reconsider Mortgage Modification Order is DENIED without prejudice.

### ###

*Attorney, Jeffrey S. Fraser, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of the order.*

**Submitted by:**
Jeffrey S. Fraser, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com
Alternte: jfraser@albertellilaw.com