**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:
WILLIAM EDWARD MCVICAR, JR.          CASE NO. 8:18-bk-09803-RCT
                                     CHAPTER 13
MICHELLE ANNE MCVICAR

    **Debtor.**
_____/

**MOTION TO VACATE MODIFICATION MEDIATION ORDER**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY ONE [21] DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE [3] DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT SAM M. GIBBONS UNITED STATES COURTHOUSE, 801 N. FLORIDA AVE., SUITE 555, TAMPA, FLORIDA 33602 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, SCOTT LEWIS, ESQ, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

ALAW M# 18-030320

COMES NOW, **Wells Fargo Bank, NA**, by and through the undersigned counsel, and hereby moves to vacate the *Mortgage Modification Mediation Order* [**D.E. 19**] entered on December 14, 2018, and in support states as follows:

1. On December 13, 2018, the Debtor filed *a Motion for Referral to Mortgage Modification Mediation* ("Motion") [**D.E. 17**].

2. On December 14, 2018, the *Mortgage Modification Mediation Order* [**D.E. 19**] (the "Order") was signed and entered for the property which serves as collateral for Movant's loan.

3. On January 31, 2019, the undersigned law firm was retained to handle the Mediation.

4. To date, on hundred and one (**101**) days have elapsed since the Order was entered.

5. The undersigned firm has, in good faith, attempted to participate in the Mediation process with the Debtor; however, the Debtor has failed to provide the creditor with any documents in connection to a review for modification nor has the debtor registered in the DMM Portal or cooperated with the creditor in an attempt to schedule a mediation conference.

*(Space intentionally left blank)*

ALAW M# 18-030320

6. Because no documents have been received from the Debtor and no mediation conference has been scheduled, the Debtor has failed to comply with the requirements of the Mediation process, and the Order should be vacated.

WHEREFORE, **Creditor** respectfully prays that the Court:

    A. Grant its Motion to Vacate the Mortgage Modification Mediation Order;

    B. Bar the Debtor from moving for another Mortgage Modification Mediation, in this bankruptcy case;

    C. Award Creditor reasonable attorney's fees and costs for the necessity of this motion, and

    D. Grant any other further relief that this Court deems just and appropriate.

Respectfully submitted,

 /s/ Scott Lewis, Esq.
Scott C. Lewis, Esquire
FBN 112064
813-221-4743 ext. 2603
**Albertelli Law**
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
Email: bkfl@albertellilaw.com
Attorney for Secured Creditor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March, 2019, I served a copy of the foregoing upon:

## **SERVICE LIST**

William Edward McVicar, Jr.
18140 Heron Walk Drive
Tampa, FL 33647

Michelle Anne McVicar
18140 Heron Walk Drive
Tampa, FL 33647

Alan D Borden
Debt Relief Legal Group, LLC
901 W. Hillsborough Avenue
Tampa, FL 33603

William C Harrison
Kelly Remick, Chapter 13 Trustee
P O Box 6099
Sun City Center, FL 33571

United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

   /s/Scott Lewis, Esq. \_\_\_\_
Scott C. Lewis, Esquire
FBN 112064
813-221-4743 ext. 2603
**Albertelli Law**
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
Email: bkfl@albertellilaw.com
Attorney for Secured Creditor

ALAW M# 18-030320