ORDERED.

Dated:  May 22, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:
WILLIAM EDWARD MCVICAR, JR.            CASE NO. **8:18-bk-09803-RCT**
MICHELLE ANNE MCVICAR                         CHAPTER 13

     **Debtor.**
_____/

**ORDER GRANTING MOTION TO VACATE MODIFICATION MEDIATION ORDER**

**THIS CASE** came on for consideration on the Motion to Vacate Mortgage Modification Mediation Order filed by**, Wells Fargo Bank, N.A.** ("Movant") (D.E. #35) filed on March 25, 2019. The movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 2002-4, that the 21-day response time provided by that rule has expired, and that no one has filed, or served on the movant, a response to the motion. The Court, having considered said Motion finds it appropriate to grant relief under Local
ALAW M# 18-030320

Rule 2002-4 (C) without further notice or hearing. Therefore, it is:

1. The Motion is GRANTED.

2. As of the date of entry of this *Order* the Debtor has failed to provide Creditor with the required loss mitigation documents through the DMM Loss Mitigation Portal. The *Mortgage Modification Mediation Order* (DE 19) is hereby VACATED.

###

Submitted by:

Scott Lewis, Esq.
***Albertelli Law***
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171

***Attorney Scott Lewis, Esq. directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.***

ALAW M# 18-030320