UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

WILLIAM EDWARD MCVICARD, JR.
AND MICHELLE ANNE MCVICAR

CASE NO. 8:18-bk-09803-RCT
CHAPTER 13

Debtor(s).
_____/

**CREDITOR'S OBJECTION TO
CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN [DE-27]
18140 HERON WALK DR, TAMPA, FL 33647**

  Creditor, MTGLQ INVESTORS, LP, by and through its undersigned attorney, files its Objection to the Confirmation of Debtor's Amended Chapter 13 Plan [DE-27] and as grounds thereto states as follows:

  1. The Proof of Claim No. 9 filed by Creditor on January 23, 2019 reflects total arrears due under its mortgage of $127,875.67 and total secured amount of $280,672.66.

  2. The post-petition payment amount due under the loan document is $1,829.40.

  3. Debtor's Amended Plan filed on January 22, 2019 [DE-27] seeks Mortgage Modification Mediation and provides adequate protection payments in the amount of $1,000.00.

  4. The Court entered the Order Granting Motion to Vacate Mortgage Modification Mediation Order [DE-37] on May 23, 2019.

  5. Debtor's Plan fails to provide for full payment of that secured claim in violation of the requirements of §1325 (a) (5).

  6. Debtor should amend the Chapter 13 Plan to provide for Creditor's Claim.

**THIS SPACE LEFT INTENTIONALLY BLANK**

1000005080

7. Creditor has not accepted the Plan.

WHEREFORE, Creditor files this objection to confirmation of plan and moves the Court to deny confirmation of said plan and direct Debtors to amend their plan to properly provide for cure of the arrearage as set forth in Movant's Proof of Claim.

        EXL Legal, PLLC
        Email Address: bk@exllegal.com
        12425 28th Street North, Suite 200
        St. Petersburg, FL 33716
        Telephone No. (727) 536-4911
        Attorney for the Movant

        By:   */s/ Alejandro G. Martinez-Maldonado*
        Alejandro G. Martinez-Maldonado
        FL BAR # 108112

1000005080

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on August 12, 2019, by U.S. Mail and/or electronic mail via CM/ECF to:

ALAN D BORDEN
901 W. HILLSBOROUGH AVENUE
TAMPA, FL 33603

KELLY REMICK
P.O. BOX 6099
SUN CITY CENTER, FL 33571-6099

WILLIAM C HARRISON
KELLY REMICK, CHAPTER 13 TRUSTEE
P O BOX 6099
SUN CITY CENTER, FL 33571

UNITED STATES TRUSTEE - TPA7/13,7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

The parties identified below were served on August 12, 2019 by U.S. Mail.

WILLIAM EDWARD MCVICAR, JR.
18140 HERON WALK DRIVE
TAMPA, FL 33647

MICHELLE ANNE MCVICAR
18140 HERON WALK DRIVE
TAMPA, FL 33647

        EXL Legal, PLLC
        Email Address: bk@exllegal.com
        12425 28th Street North, Suite 200
        St. Petersburg, FL 33716
        Telephone No. (727) 536-4911
        Attorney for the Movant

        By:  */s/ Alejandro G. Martinez-Maldonado*
        Alejandro G. Martinez-Maldonado
        FL BAR # 108112

1000005080